IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| JOHN REES, | : | |
| AIS 228389, | | |
| | : | |
| Petitioner, | | |
| vs. | : | CA 07-0589-KD-C |
| FREDDIE BUTLER, | : | |
| Respondent. | | |

**ORDER**

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a *de novo* determination of those portions of the recommendation to which objection is made, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated October 18, 2007, is **ADOPTED** as the opinion of this Court.

**DONE** this 6th day of November, 2007.

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**